**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

v.

ALEXANDRO JAVIER VIRGEN (1),

Defendant.

Case No. 23-cr-1681-AJB

DETENTION ORDER

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled for September 18, 2023, to determine whether defendant, Alexandro Javier Virgen (the "Defendant"), should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant U.S. Attorney Derek Ko appeared on behalf of the United States. Attorney Marc Levinson of Federal Defenders appeared on behalf of the Defendant.

Based on the evidence proffered by the United States, the evidence proffered by the defense, and the indictment, the Court concludes the following: the Government met its burden to demonstrate by a preponderance of the evidence that Defendant is a flight risk, met its burden by clear and convincing evidence that Defendant is a danger to the community, and that there is no condition or combination of conditions that will

reasonably assure the appearance of the person as required and the safety of the community.

## I.

## FINDINGS OF FACT

*A. Nature and Circumstances of the Offense Charged, 18 U.S.C. § 3142(g)(1)*

1. Defendant is charged in an indictment with Possession of Methamphetamine, Heroin, Cocaine, and Fentanyl with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1); and Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. § 922(g)(1).

2. If convicted of these counts, Defendant faces a significant amount of custodial time.

*B. History and Characteristics of Defendant, 18 U.S.C. § 3142(g)(3)*

1. Some of the circumstances of Defendant's arrest cause concerns regarding Defendant's future appearance as required.

2. Defendant has a significant criminal history, numerous failures to appear in prior criminal cases, and numerous controlled substance violations.

## O R D E R

**IT IS HEREBY ORDERED** that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

**IT IS FURTHER ORDERED** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense

and Government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date.

**IT IS SO ORDERED.**

Dated: 9/19/2023

HONORABLE STEVE B. CHU
United States Magistrate Judge
United States District Court for the
Southern District of California